REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JOYEUX,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., A National Association; BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:18-cv-00669-KJM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO LIFT INJUNCTION AND STAY LITIGATION FOR 120 DAYS**<br><br>Compl. Filed: February 14, 2018<br>Removal Filed: March 28, 2018<br><br>Honorable Kimberly J. Mueller |

## ORDER

Pursuant to the Stipulation of the parties, and with good cause showing, it is ordered that the preliminary injunction regarding the Property in the above-entitled lawsuit is lifted and the litigation is stayed for one-hundred and twenty (120) days upon the terms and conditions set stated in the Stipulation.

DATED: April 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware