REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JOYEUX,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., A National Association; BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP and DOES 1-100, INCLUSIVE,<br><br>  Defendants. | Case No.: 2:18-cv-00669-KJM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND STAY FOR AN ADDITIONAL 90 DAYS**<br><br>Compl. Filed: February 14, 2018<br>Removal Filed: March 28, 2018<br><br>Honorable Kimberly J. Mueller |

# **ORDER**

Pursuant to the Stipulation of the parties, and with good cause showing, it is ordered that the litigation stay be extended for an additional ninety (90) days upon the terms and conditions set in the Stipulation.

DATED: August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE